# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **TRACY EDWARD JOHNSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 3:21-CV-06-CAR-CHW |
| | : | |
| | : | |
| **SHERIFF JOE CHAPMAN,** *et. al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES
## MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 27] recommending the Court grant Defendants' Motion for Summary Judgment [Doc. 24]. Plaintiff did not file an objection to the Report and Recommendation,[1] and the time in which to do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.

---

[1] The Report and Recommendation sent to Plaintiff at the address he provided was returned as undeliverable. *See* Doc. 28. As the Magistrate Judge noted in the Report and Recommendation, "it appears that Plaintiff has effectively abandoned this action by failing to keep the Court apprised of his address as previously instructed."

1

Accordingly, the Recommendation [Doc. 27] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants' Motion for Summary Judgment [Doc. 24] is **GRANTED**.

**SO ORDERED,** this 30th day of March, 2022.

                                        s/ C. Ashley Royal_____
                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT